# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132394

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GARLAND DEON WELCH,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132394
COA: 268987
Saginaw CC: 00-019291-FH

     On order of the Court, the application for leave to appeal the September 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

     KELLY, J., would hold this case in abeyance for *Wharton v Bockting*, cert gtd 126 S Ct 2017; 164 L Ed 2d 778 (2006).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

s1218

     Clerk